IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN GALLACHER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HIBBETT RETAIL, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-01674-WSS |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Jordan Gallacher hereby voluntarily dismisses with prejudice his claims against Defendant Hibbett Retail, Inc.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ R. Bruce Carlson*
　　　　　　　　　　　　　　　　　R. Bruce Carlson
　　　　　　　　　　　　　　　　　**CARLSON BROWN**
　　　　　　　　　　　　　　　　　222 Broad St.
　　　　　　　　　　　　　　　　　PO Box 242
　　　　　　　　　　　　　　　　　Sewickley, PA 15143
　　　　　　　　　　　　　　　　　bcarlson@carlsonbrownlaw.com
　　　　　　　　　　　　　　　　　(724) 730-1753

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*